## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHON COMPANY d/b/a AT&T CONNECTICUT : : : : | |
| v. : : | Civil Action No. 3:09-cv-01787 (JCH) |
| ANTHONY J. PERLERMINO, KEVIN DELGOBBO, and JOHN W. BETOSKI III, IN THEIR OFFICIAL CAPACITY AS COMMISSIONERS OF THE CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL : : : : : : : | JANUARY 13, 2010 |

## MOTION BY SPRINT TO INTERVENE

Sprint Communications, L.P. ("Sprint Comm."), Sprint Spectrum, L.P. ("Sprint Spectrum") and Nextel Communications of the Mid-Atlantic, Inc. ("Nextel") (collectively referenced as "Sprint") respectfully move, pursuant to Federal Rule of Civil Procedure 24, to intervene as defendants in the above-captioned action. As demonstrated in the memorandum of law submitted herewith, Sprint satisfies the standard for both intervention as of right and permissive intervention. Sprint Comm. is a competitive local exchange carrier in Connecticut. Sprint Spectrum and Nextel are commercial mobile radio service providers, as that term is defined by 47 C.F.R. § 20.3. All three entities purchase transit traffic services from AT&T.

The DPUC ruling that AT&T challenges in this action imposed limitations on the rates that AT&T could charge Sprint for transit traffic services.  If AT&T prevails in this action, the rates that it charges Sprint will be directly and substantially affected.  Thus, Sprint has significant interests at stake in this case.  For that reason, Sprint participated in the DPUC's proceedings below and seeks to intervene in this action.

                              SPRINT COMMUNICATIONS, L.P., SPRINT SPECTRUM, L.P., AND NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.

                              By:_____/s/_____
                                    Bradford S. Babbitt
                                    Email: bbabbitt@rc.com
                                    John A. Poakeart
                                    Email: jpoakeart@rc.com
                                    Robinson & Cole LLP
                                    280 Trumbull Street
                                    Hartford, CT 06103
                                    Tel. No.: 860-275-8200
                                    Fax No.: 860-462-8299

## CERTIFICATION OF SERVICE

I hereby certify that this document was filed electronically on this 13th day of January, 2010. Notice will be sent to all counsel of record through the Court's electronic notification system.

/s/
Bradford S. Babbitt